# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:23-CV-073-KDB-DCK

| | |
|---|---|
| FOSTER MAYS, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| OLEG POLISHCHUK, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Substitute Party" (Document No. 33) filed November 8, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendant's consent, the undersigned will grant the motion.

By the instant motion, Plaintiff indicates that Foster Mays was allowed by the Superior Court of Mecklenburg County, North Carolina, to resign as personal representative of the Estate of Patrick Mays. (Document No. 33). The motion further indicates that Rebecca Mays was appointed as successor personal representative of the Estate of Patrick Mays. Id. Plaintiff thus requests to substitute Rebecca Mays, as Administrator of the Estate of Patrick Mays, as Plaintiff in this action.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Substitute Party" (Document No. 33) is **GRANTED**. The Clerk's Office is respectfully directed to substitute Rebecca Mays, personal representative of the Estate of Patrick Mays, deceased, as Plaintiff in this case.

**SO ORDERED**.

Signed: November 8, 2024

David C. Keesler
United States Magistrate Judge