UNITED STATES DISTRICT COURT
Western District of North Carolina
Statesville Division
Case No. 5:23-cv-73

| | |
|---|---|
| REBECCA MAYS, as personal representative of the Estate of PATRICK MAYS, deceased,<br><br>        Plaintiff,<br><br>Vs.<br><br>OLEG POLISHCHUK, an individual, d/b/a POP TRUCKING; and UBER FREIGHT LLC, a Delaware Corporation<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND ORDER

Plaintiff REBECCA MAYS, as Personal Representative of the Estate of PATRICK MAYS (deceased) and Defendant OLEG POLISHCHUK dba POP TRUCKING (collectively the "parties"), by and through their respective attorneys, respectfully move this Court for entry of the attached Consent Judgment and Order. The parties request that the Court sign and enter the attached Consent Judgment and Order as its final order and judgment in this case.

Respectfully submitted this 6th day of May, 2025.

/s/Michael J. Levine
Michael J. Levine
North Carolina State Bar No. 23836
Cathy A. Williams
North Carolina State Bar No. 33534
Levine Law Group, PA
128 Medical Park Road, Suite 300
Mooresville, NC 28117
Tel.: (704) 660-1770
mlevine@levinelawgrouppa.com
cwilliams@levinelawgrouppa.com
*Attorneys for Plaintiff*

/s/Randall R. Adams
Randall R. Adams
North Carolina State Bar No. 17279
Poyner Spruill, LLP
Post Office Box 353
Rocky Mount, NC 27802
Tel.: (252) 972-7094
radams@poynerspruill.com
*Attorney for Defendant Oleg Polishchuk an individual, d/b/a Pop Trucking*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

      Respectfully submitted this 6th day of May, 2025

**LEVINE LAW GROUP, PA**

By: **/s/Michael J. Levine**
Michael J. Levine
North Carolina State Bar #23836
Levine Law Group, PA
Post Office Box 3308
Mooresville, NC 28117
Tel. (704) 660-1770
mlevine@levinelawgrouppa.com
*Counsel for Plaintiffs*